# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-22001-BLOOM/Otazo-Reyes

MIGUEL ALFONSO SARMIENTO
LOPEZ, as Personal Representative of the
Estate of MIGUEL ANGEL
SARMIENTO BENEGAS,

    Plaintiff,

v.

CMI LEISURE MANAGEMENT, INC.
and CRUISE MANAGEMENT
INTERNATIONAL, INC., INSTITUTE FOR
SHIPBOARD EDUCATION and GREACCE KELLY
ESCOBAR ALFONSO, M.D.,

    Defendants.

_____/

## **DECLARATION IN SUPPORT OF GRACE ESCOBAR, M.D.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Grace Escobar, M.D. make this Declaration based upon my own personal knowledge and attest to the truth of the facts that are stated herein.

1. I am over twenty-one years of age and in all respects qualified to make this Declaration.

2. The matters set forth in this Declaration are true and based on my personal knowledge.

3. I am a citizen of Colombia. I am not a citizen of Florida or the United States and have not been a citizen of Florida or the United States.

4. I am a permanent resident of Colombia. I have not resided in Florida or in the United States.

5. I do not now and have never operated, conducted, engaged in, or carried on a business or business venture in the State of Florida.

6. I do not now and have never had an office or agency in the State of Florida.

7. I have never owned, used, possessed, or held a mortgage or other lien on any real property in the State of Florida.

8. I have never contracted to insure any person, property, or risk located within Florida at any time.

9. I have never engaged in solicitation or service activities in the State of Florida.

10. I have never had products, materials, or things processed, serviced or manufactured by me that were used or consumed within Florida in the ordinary course of commerce, trade or use.

11. I have never breached a contract in the State of Florida by failing to perform acts required by any contracts to be performed in the State of Florida.

12. I have never been engaged in any substantial activity within Florida.

13. My only contact with the State of Florida has been either incidental to my work onboard cruise ships for connection of flights or personal in nature and occurring in between voyages.

14. I am not licensed to practice medicine in the State of Florida, or anywhere else in the United States.

15. I have never rented or owned any property in the State of Florida.

16. I do not have a telephone number in the State of Florida.

17. At the time of the alleged illness of Mr. Sarmiento, I was working as the shipboard doctor onboard the vessel, *M/V World Odyssey*.

18. I never provided the decedent, Mr. Miguel Angel Sarmiento Benegas, with any medical attention or medical services in the State of Florida or Florida territorial waters.

19. I received a copy of the summons and complaint in this case via e-mail while stationed on a ship sailing in Antarctica.

20. While onboard the ship in Antarctica, we had very spotty internet service and very little ability to print emails.

21. I had no expectation nor could I forsee that I would be subjected to jurisdiction in the State of Florida, or any place in the United States.

22. At no time did I ever perform or do any activities that I would reasonably expect to be hailed into the courts of Florida.

```
```

Case No. 21-cv-22001-BLOOM/Otazo-Reyes

Under the penalties of perjury under the laws of the United States, I declare that I have read the foregoing Declaration and the facts stated in it are true and correct.

Dated: February ___, 2022

Signed: _____
Grace Escobar, M.D.